IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON McCOY,

    Plaintiff,                    No. CIV S-05-0165 DFL DAD P

    vs.

E. SCHIRMER, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 30, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 30, 2006, are adopted in full;

2. Plaintiff's January 27, 2005 application to proceed in forma pauperis is denied;

3. Plaintiff's claims against defendants Amero and Cummings are dismissed with prejudice as frivolous;

4. Plaintiff's claims against all other defendants are dismissed without prejudice for failure to exhaust administrative remedies prior to bringing this action; and

5. This action is dismissed.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge